United States District Court
Southern District of Texas
**ENTERED**
August 14, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JOE HAND PROMOTIONS, INC.,　　　　§
*Plaintiff,*　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　　　　§　　CIVIL ACTION NO. 4:23cv4126
　　　　　　　　　　　　　　　　　　§
TEQUILA'S SPORTS & CLUB LLC, ET AL.,　§
*Defendants.*　　　　　　　　　　　　　§

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 23, 2024 (Dkt. 25) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will enter a separate default judgment against Tequila's Sports & Club LLC d/b/a Tequila's Sports & Club and d/b/a Tequila's Sports Club.

Plaintiff's claims against Defendant Miguel A. Figuero REMAIN pending.

**SIGNED** at Houston, Texas this __*14th*__ day of August, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE